UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephon M. P▮,<br>        *Plaintiff,*<br><br>vs.<br><br>Kilolo Kijakazi[1]<br>Acting Commissioner of the<br>Social Security Administration<br>        *Defendant.* | Civil Action No. 5:20-cv-00820-DNH<br><br><br><br>Stipulation – Document Filed Electronically |

**Consent Order for Payment of Fees under the Equal Access to Justice Act**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of seven thousand thirty-seven dollars and seventy-two cents ($7,037.72).

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to his attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. Astrue v. Ratliff, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to the Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

AND, the Court having reviewed the record in this matter;

IT IS on this 26th day of April, 2022;

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

ORDERED that Plaintiff be awarded fees under EAJA in the amount of $7,037.72, and that the fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to the Plaintiff's attorney.

ORDERED that this award will fully and completely satisfy any and all of Plaintiff's claims for fees under 28 U.S.C. § 2412, and costs under 28 U.S.C. § 1920 and Fed. R. Civ. P. 54(d)(1).

ORDERED that the within matter be dismissed with prejudice.



David N. Hurd
U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: April 25, 2022

| Kilolo Kijakazi, | Stephon M. P█████, |
|---|---|
| By Her Attorneys | By His Attorney |

Carla B. Freedman,
United States Attorney

*/s/ Louis J. George*
Louis J. George
Special Assistant United States Attorney
N.D.N.Y. Bar Roll No. 701022
Office of the General Counsel
J.F.K. Federal Building, Room 625
Boston, MA 02203
(617) 565-2386
louis.george@ssa.gov

*/s/ Kenneth R. Hiller*[2]
Kenneth R. Hiller
Law Office of Kenneth R. Hiller
6000 North Bailey Avenue, Suite 1A
Amherst, NY 14226
(716) 564-3288
khiller@kennethhiller.com

---

[2] Signed by Louis J. George with Kenneth R. Hiller's permission.